GINA DURHAM, Bar No. 295910
*Gina.Durham@us.dlapiper.com*
JORDAN CHISEK, Bar No. 320919
*Jordan.Chisek@us.dlapiper.com*
**DLA PIPER LLP (US)**
555 Mission St., Suite 2400
San Francisco, CA 94105
Tel:  415-836-2500

Attorneys for Plaintiff
Coinbase, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COINBASE, INC. a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>TOBIAS HONSCHA, an individual<br><br>Defendant. | Case No. 3:25-cv-06234-JCS<br><br>~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATE SERVICE**<br><br>Judge: Hon. Magistrate Joseph C. Spero<br><br>Date: February 4, 2026<br>Time: 9:30 a.m.<br>Courtroom: D - 15th Floor |

**[PROPOSED ORDER]**

Having considered Plaintiff Coinbase's Motion in Support of Alternate Service on Defendant Honscha, the Court GRANTS the motion and permits alternate service of the Complaint and summons to be served via electronic mail to the e-mail addresses specifically identified in the motion.

IT IS SO ORDERED this 2nd day of February, 2025.

BY THE COURT:

_____
MAGISTRATE JOSEPH C. SPERO
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER GRANTING MOTION FOR ALTERNATE SERVICE
Case No. 3:25-cv-06234-JCS